UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Civil Cover Sheet

February 26, 2018

CASE No: 16-2017-CA-000023
Civil Division:
3:18-cv-285-J-25JRK

HARRY LEE WILSON,
PLAINTIFF,

VS.

JACKSONVILLE, HOUSING AUTHORITY,
    SENIOR CITIZEN VALLAGE,
INSTERSTATE REALTY MANAGERS D/B/A

2018 FEB 26 PM12:14

FILED

Demand of a Jury Trial

Harry Lee Wilson

HARRY Lee WILSON
POST OFFICE BOX NO: 43431
JACKSONVILLE, FLORIDA
        32203
Ph·No: 904-537-5791
Ph:No: 904-203-0691

1.

UNiTed STATES DiSTRiCT CouRT

MiddLE DiSTRiCT oF FLoRidA

JACKSoNViLLE , DiViSioN

FebRUARY 26, 2018

CLERK'S oF THE
COURT

CASE No: 16-2017-CA-000023

CiViL DiViSioN

HARRY LEE WiLSoN,
PLAiNTiFF,

3:18-cv-285-J-25JRK

VS.

JACKSoNViLLE, HouSiNg AUTHoRiTY,
SENioR CiTiZEN VALLAJE,
INSTER STATE ReAlTY MaNaJERS D/B/A

2018 FEB 26  PM 12: 14

FiLED

FiLiNg NOTiCe oF APPeAL

MoTioN TO PROCEED WiTHOUT FEES

COME NOW YOUR HONOR, THE PLAiNTiFF,
HARRY Lee WilSoN Move's Th:S CouRT IN FiLiNg
NoTiCe oF APPeAL IN Th:S CASE No: 16-2017-CA-
000023. PLeASE NoTiCe-To THE CLeRK oF
COuRT-APPellANT moTioN To PROCEED
WiTHOUT FeeS, THE APPellANT ReQUEST IN
THiS CouRT FoR LeAve To PRoCeed oN
IN FoRMA PAuPeRiS, RuLE 24(A)(5) oF
THE FederAL RuLE oF APPellATe
PRoCeduRE.

2,

PLAINTIFF, REQUEST AFFidAviT
OF INdigent

FILED FEB 26 PM 12:

PLAINTIFF REQUEST FORMS TO PROCEED
ON gROUNd OF PAUPER OR AFFidAviT
OF INdigent APPLiCATioN.
See 11th CiR.R. 24-2.

MOTioN TO PROCEED WiTHOUT FEES

PLAiNTiFF ASKS THE COURT ALLOW THE PLAiNTiFF
TO FiLE THE CASE WiTHOUT PRePAXiNg THE
COURT FeeS.

PLAiNTiFF Request A JURY TRiAL DEMANded
IN ComPLAiNT.

JURISDiCTioN AND VENUE

1. PLAINTiFF, COMPLAiNT SeeKs DAMAges $100,000. DeFEN-
dANTs CORPORATioN EXCLUSiVE OF ATTORNEY Fees And COSTS.
WiTH INTeY OF 4.91 Per CeNTS.
2. VeNUE iS APPROPRiATE IN DUVAL COUNTY.
Be CAUSE PLAiNTiFF ReSide There And
DEFENdANTS CAUSE OF ACTioN ARose There.
3. THe PLAiNTiFF MOTioN The COURT TO ENTeR All
PAXmeNT TO Be PlAy IN THE COURT RegiSTRY
"See" ComPLAiNT.
4. This iS AN ACTioN FOR CiVil BREACH OF CONTRACT
NEgLigeNCE. . 3.

UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA

COMPLAINT
COMPLAINT FILD ON NEGLIGENCE

COME NOW YOUR HONOR. THE PLAINTIFF
HARRY LEE WILSON IS SUEING THE DEFENDANT
INSTER STATE REALTY MANAGERS D/B/A
ON GROUND OF NEGLIGENCE.

1. PLAINTIFF, IS SUITING FOR PAIN AND
SUFFERING - AS A RESULT THE PLAINTIFF WAS
PHYSICALLY INJURED AND SUFFERED MENTAL

2. THE DEFENDANTS DID NOT REPAIR THE PLUMBING
PROBLEMS IN THE APARTMENT THE CONTRACT CALL
FOR AND THE APARTMENT LEASING OFFICER
DID NOT RETURN MY SHOT GUN TO PLAINTIFF PROPERTY.

3. THE PLAINTIFF LIVE AT 801 WEST 4TH STREET
SENIOR CITIZEN VALLAGE.
SUITE APARTMENT NO: 1102

4. THIS COMPLAINT WILL SHOW FRAUD AND
CONSPIRACY AND NEGLIGENCE ON
PART OF DEFENDANTS- JACKSONVILLE HOUSING
AUTHORITY.

5. THE PLAINTIFF WERE INJURED AND DAMAGED
ON THE PREMISES OF SENIOR CITIZEN
VALLAGE IN JACKSONVILLE FLORIDA
IN THE MONTH JAN 3, 2017.

4.

# GENERAL ALLEGATIONS

6. PLEASE NOTICE- PLAINTIFF HAVE BEEN
   iLLEGALLY EVICTied FROM PLAINTIFF HOME.
   iS A LAW SuiTS, FOR DAMAGES.
   illegal EVICTION iS HARASSMENT iS A CRIMINAL
   OFFENCE.

7. PLAINTIFF did NOT HAVE A <u>WORKING HOT WATER</u>
   <u>HEATER</u> IN THE APARTMENT.

8. PLAINTIFF did NOT HAVE <u>HOT WATER</u> TO TAKE A
   BATH.

9. PLAINTIFF did NOT HAVE A STOVE because OF The
   <u>HOT WATER HEATER</u>. WERE CUT OFF BY The
   FiRE de PARTMENT. <u>AiR CONDITION</u> did NOT9

10. WORK IN THE APARTMENT BECAUSE OF [The WATER HEATER]
    PLAINTIFF- iS A <u>disAble PERSON</u> AN He Need A
    <u>WORK AiR CONDITION</u> IN THE APARTMENT.

11. PLAINTIFF DUMPER AREA WERE NOT KEEP CLEAN.
    THE DUMPER WERE <u>NOT DUMP FOR MONTH</u> SEVEAL MONTH
    AT A TiMES. IN FRONT OF THE APARTMENT

12. NOTICE ACCORDING TO THE ENVIRONMENT PROTECTION
    ASSOCIATION [EPA] IN door TOXICITY iS NOT
    AS EASILY diSPERSEd OR diluTEd AS OUTDOOR
    POLLUTANT.
    THE [EPA] STUdY AlSO STATED THAT The AVERAGE
    HOME NOW ProbAbly STORE MORE ChemiCAL ThAN A
    ChemiSTRY LAb.

13. THE APARTMENT ShoULd HAVE OXPURE AiR
    9000 THE POWER OF CARTROSTATiC FUSION.
    WITH KEEPiNG YOUR FAMiLY SAFE FROM THE HiddEN-
    TOXIC DANGERS.

5.

# CERTITICATE OF SERVICE

COPY SENT TO: ATTORNEY

ATTORNEY FOR DEFENDANT'S
JAMES P. HANRATTY, ESQUIRE
MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN P.C.
200 WEST FORSYTH STREET
SUITE 1400
JACKSONVILLE, FLORIDA
32202
Ph: No: 904-358-4200

HARRY LEE WILSON
POST OFFICE BOX No: 43431
JACKSONVILLE, FLORIDA
32203
Ph: No: 904-537-5791
Ph: No: 904-203-0691

STATE OF FLORIDA

SUBSCRIDE AND SWORN
TO BEFORE ME IN MY
PRESENCE ON THIS DAY
FEBRUARY 26 2018.

NOTARY PUBLIC
IN STATE OF FLORIDA

ASHANTI B. BRYANT
Commission # FF 913322
Expires August 26, 2019
Bonded Thru Troy Fain Insurance 800-385-7019

MY COMMISSION
EXPIRES ON 8/26/2019.

EXHibiTS



Jacksonville Housing Authority
1300 North Broad St
Jacksonville, FL 32202

October 06, 2015

Senior Citizen Village Assoc., LTD
3 East Stow Rd Ste 100, PO Box 994

Marlton NJ 08053-0994

Dear  Senior Citizen Village Assoc., LTD

The HOUSING CONTRACT entered into between the Owner,  Senior Citizen Village Assoc., LTD, and the PHA, Jacksonville Housing Authority  dated 10/05/2015, on behalf of the LESSEE ('FAMILY'), HARRY WILSON, who holds  HOUSING VOUCHER NO. t0040709 for the following described unit 801 W 4TH ST 1102  JACKSONVILLE, FL 32209 is amended as follows:

## The reason for this change is due to:

[X] **Initial Payment Notice**
  Review of family income and/or composition.

[ ] **REEXAMINATION**
  Annual Review of family income and/or composition. **(Please provide a copy of the new lease.)**

[ ] **INTERIM ADJUSTMENT**
  Interim change in family income and/or composition.

[ ] **RENT ADJUSTMENT**
  The owner/agent request for a rent adjustment.

[ ] **OTHER**
  **CHANGE**_____

| Adjustment in Payment | From | To |
|---|---|---|
| HAP Payment | $  0 | $  378 |
| Tenant Rent | $  0 | $  210 |
| Total Rent to Owner | $  0 | $  588 |
| URP | $  0 | $  0 |

Monthy utility reimbursements, if any, are paid by Citi debit card.

### Effective Date

This change to the Housing Contract and Lease Agreement will be effective 10/05/2015.  The next reexamination is due on 10/01/2016.

This change is presented to you in accordance with the terms and conditions of the Housing Contract and/or Lease Agreement and shall be attached to and made a part of your Housing Contract and/or Lease Agreement. All other covenants, terms and conditions of the original Housing Contract and/or Lease Agreement remain the same.

Sincerely,

Carolyn Duncan
Housing Counselor
904-630-3841

**Copy to : HARRY WILSON**

801 W 4TH ST  1102
JACKSONVILLE FL 32209

IN THE CIRCUIT COURT, OF THE
FOURTH JUDICIAL CIRCUIT, IN
AND FOR DUVAL COUNTY,
FLORIDA

FILED

JUL 05 2017

Dll W Pomell
CLERK CIRCUIT COURT

CASE No: 16-2017-CA-000023-
xxxx
DIVISION: CV-H

HARRY LEE WILSON,
    PLAINTIFF,

VS.

Jacksonville Housing AUTHORITY
INTER STATE REALTY MANASER D/B/A
        DEFENDANTS

        TO THE CLERK'S OF COURT

Motion-Third Amended Complaint

        FLORIDA RULES OF CIVIL PROCEDURE
        RULE 1.110

        Come Now Your Honor, THE PLAINTIFF
    Moves This Court To Amended Third
        COMPLAINT ON Jacksonville Housing
AUTHORITY— INTERSTATE REALTY MANASER
Doing Business AS THE OWNER.

Count-1- CAST AND FACTS Show The Defendants
        As Used Here IN AS THe TERM DEFENDANTS

        Jacksonville Housing AUTHORITY— SENIOR
            CITIZEN VAILAGE APARTMENT. OWNER
                INTERSTATE, REALTY MANASER
                8.   D/B/A.

9

X

# CASE AND FACTS

COUNT 1- PLEASE NOTICE THE PLAINTIFF HAVE
BEEN CALL UP TO ENTER A THIRD
COMPLAINT AGAINTED THE DEFENDANTS
IN THIS CASE. NO: 16-2017-CA-000023-
XXXX DIVISION: CV-H

COUNT-2. THE PLAINTIFF IS AN WERE RESIDENT AT
SENIOR CITIZEN VALLAGE LIVE THERE
ABOUT TWO YEAR.

COUNT-3. THIS COMPLAINT WILL SHOW ALL AVERMENT
OF FRAUD OR MISTAKE AND PROBLEMS
AT APARTMEN 1/02 AT SENIOR CITIZEN
VALLAGE. JACKSONVILLE FLORIDA 32209.

COUNT. 4. THE CIRCUMSTANCES CONSTITUTING FRAUD
MISTAKE IS NOT IN LINE WITH
FLA R. CIV.P. 1. 120 (d) (F) (9)
AMENDED JULY 16. 1992 EFFECTIVE JAN-
1-1993 (604 SO. 2d 1110)

COUNT - 5. DEALING WITH COMPLAINTS. RELIEF
FOR DAMAGES WILL SHOW PROBLEM
WITH THE APARTMENT

6. THE PLAINTIFF WERE INJURED OR DAMAGED
ON THE PREMISES OF SENIOR
CITIZEN VALLAGE IN JACKSONVILLE
FLORIDA IN THE MONTH OF JAN
3-2017.

9.

AGReement Made ReFeRence TO
FACTS

CouNT-7.  CeRTAiN Claims Causes oF ActioN
EXiST oF THe Samy ACTioN FRom
From NoV-2016- JaN 3-2017.

CouNT-8.  CeRTAiN Problems WiTH The APARTMeNT
AT SeNioR CiTizeN VAllage HauviNg
NO HeAT IN The APARTmeNT CAUSe By
NOT HAVViNg A WORKiNg WATer Hear

CouNT-9.  THE PlaintiFF Had BReadiNg Problems
THE INJURies AND DAMAge SustaiNed
BY PlaiNTiFF MAY Be PeRmAneNT ANd
ProgResSive ANd ReCoveRY There
FROM iS UNCeRTAiN ANd iNdeFiNiTe.

CouNT-10.  Please NoTice TTHe Judge gAVe The
PlaintiFF 30 dAY STAY IN The APARTmeNT

CouNT-11.  Please NoTiCe MANgeRmeNT MONIQUE JOY
Had The PlaiNTiFF pREmATURe
EViCTioN WiTHOUT CAUSe.

CouNT-12.  NoTiCe YouR HONOR APARTMeNT MANgeRmeNT
Move All The PlaintiFF ProPeRTY out
Side To The STReeT.

CouNT-13  THE PlaintiFF LOST All PRoPeRTY THAT
He Could NOT CARRY IN PlaiNTiFE CAR.
PlaiNTFiFF Had No Stove OR WORKing
Stove IN The APARTMeNT.

10,

# CONCLUSION

A. THE PlaintiFF Claim DAMAged And inJuRed
ON Premises CAuse OF ACTioN EXisT oR
ARise Bx Senior CiTizen VillAge
MANgerment Negligence. PlaintiFF iS
SuiTing For Sum or $100000. 491 Per inTer

WERE ForE THE PlaintiFF. DEmands
. For A JuRY TRiAL iN This CAsE.
And DE mands Judgement iN This To be
granded To The PlainTiFF.

ON THE ground oF Negligence
And BREAcH oF CONTRACT on THe
DEFeNdANTS.

11.

IN THE CIRCUIT COURT OF THE _FOURTH_ _____ JUDICIAL CIRCUIT,
IN AND FOR _DUVAL_ _____ COUNTY, FLORIDA

Case No.: _E6-2017-CA-0000 23-_ _ZXXX_
Division: _CV-H_

_HARRY Lee Wilson_

and
_JACKSONVille, HOUSING AUTHORITY_
_INTERSTATE REALTY MANAGER D/B/A_

## CERTIFICATE OF SERVICE

I certify that a copy of {name of document(s)} _CIRCUIT COURT OF THE FOURTH_
_JUDICIAL CIRCUIT_ _____
was [ √ one only] ( ) mailed ( ) faxed and mailed ( ✓ ) hand delivered to the person listed below
on {date} _____

Other party or his/her attorney:
Name: _JAMES P. HANRATTY WARNER_
Address: _200 WEST FORSYTH STREET_
City, State, Zip: _JACKSONVille FLORIDA_
Fax Number: _904 358-4200_

_PRO SE_

Signature of Party
Printed Name: _HARRY Lee WilSON_
Address: _P.O BOX NO: 43431_
City, State, Zip: _JACKSONVille FLORIDA_ _32203_
Telephone Number:
Fax Number: _904-5375791_

IF A NONLAWYER HELPED YOU FILL OUT THIS FORM, HE/SHE MUST FILL IN THE
BLANKS BELOW: [ ✍ fill in all blanks]
I, {full legal name and trade name of nonlawyer} _____
a nonlawyer, located at {street} _____ {city} _____
{state} _____ {phone} _____ helped {name} _____
who is the [ √ one only] ___ petitioner or ___ respondent, fill out this form.

12.

1-19-2016




EX Hibit




-155- 13.

SOCIAL SECURITY ADMINISTRATION

Date: April 11, 2017
Claim Number: XXX-XX-1036A
XXX-XX-1036DI


HARRY L WILSON
PO BOX 43431
JACKSONVILLE FL 32203-3431


You asked us for information from your record. The information that you
requested is shown below. If you want anyone else to have this information, you
may send them this letter.

Information About Current Social Security Benefits

Beginning December 2016, the full monthly
Social Security benefit before any deductions is......$ 1023.80

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is........$ 1023.00
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For
example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

Information About Supplemental Security Income Payments

Beginning July 1998, the current
Supplemental Security Income payment is..............$ 0.00

This payment amount may change from month to month if income or
living situation changes.

Supplemental Security Income Payments are paid the month they are due. (For
example, Supplemental Security Income Payments for March are paid in March.)

Payments were stopped beginning January 1999.

Date of Birth Information

The date of birth shown on our records is December 19, 1952.

-A.-                 -26- 14.

# CERTIFICATE OF SERVICE

HEREBY THE PLAINTIFF HARRY LEE WILSON
CERTIFY AND AFFIRMING UNDER OATH TO THE
TRUTHFUINES OF THE CLAIMS MADE
IN THIS AFFIDAVIT IS TRUE.
AND TRUE COPY OF THIS DOCUMENT HAS
BEEN MAIL OR HAND DELIVER TO
THE UNITED STATES DISTRICT COURT MIDDLE
DISTRICT OF FLORIDA — JACKSONVILLE, DIVISION.
STATE OF FLORIDA, TO ATTORNEY GENERAL
PAM BONDI, THE CAPITOL PL-01, TALLAHASSEE,
FLORIDA. AND TO DEFENDANTS ATTORNEY'S
MARSHALL DENNEHEY WARNER COLEMAN &
GOGGIN, P.C. MICHAEL J. HUMPHRIES
MAIL ON THIS DAY  February - 26 - 2018.

### STATE OF FLORIDA

ATTORNEY GENERAL
PAM BONDI
OFFICE OF ATTORNEY GENERAL
STATE OF FLORIDA
THE CAPITOL PL-01
TALLAHASSEE, FLORIDA 32399
1050

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN, P.C.
MICHAEL J. HUMPHRIES
200 WEST FORSYTH STREET
SUITE 1400
JACKSONVILLE, FLORIDA 32202
ATTORNEY FOR DEFENDANTS

"SINCERELY,"
PRO SE
Harry Lee Wilson

HARRY LEE WILSON
POST OFFICE BOX#43431
JACKSONVILLE, FLA.
32203
P.h.No: 904-537-5791

Ph. No: 904-203-0691

15.

# MUNICIPAL CODE COMPLIANCE DIVISION



Where Florida Begins.

## Case Recap - Case # 2016-143404 - Case Status: Complete

Printed: 05/19/2016 at 10:39.36

**Complaint #: 2016-143404**          Source: Citizen

CARE Status: Active

Description: Environmental Quality issue:
Complex Name & Building Number:
HUD:
Residence type:
Customer states that there is an issue with the water heater. Approximately three months ago, JFRD responded and turned off the unit; the unit has not been turned back on since. Management has been notified several times, but no response. Please contact Mr. Wilson @ 904-203-0691 or 904-237-3954 for appointm

| ... OCCUPANT/LOCATION... | ... PROPERTY OWNER... | ... ORIGINAL COMPLAINANT ... |
|---|---|---|
| House #: 801 | | |
| Street Name: W 4TH ST | 3 E STOW RD SUITE 100 | |
| Unit: 1102 | P O BOX 994 | |
| | MARLTON, NJ08053 | |

LOT/BLOCK/SUBDIV:

R/E NUMBER: 054357 0000

DISTRICT: 7          ZONING:

BOOK/PAGE/MAP:

LEGAL DESCRIPTION: AJ-766  11-2S-26E          8.973 BURBRIDGES ADDN TO JAX N1/2 LOT 3,LOTS 4 TO 13   BLO

## Violation Summary

| Complied | Location | Remedy | Definition | Inspector | Section |
|---|---|---|---|---|---|
| 05/09/2016 | Closet | Repair or Replace | Water heater is in poor working condition or has inadequate capacity for demand. | Maria Powers | 518.412(b)(f), .421(f) |

—43—          /6,

Case Recap for Case # 2016-143404 - Page 1 of 3

# Jacksonville Eye Center
2001 College Street
Jacksonville, Florida 32204

**PAGE 2**

In signing this I am not relieving _Robert J. Schipper_ , M.D., his assistants, and staff from exercising due care and diligence in my behalf, but I am acknowledging that there are some potential risks involved in my surgical procedure which I accept in the hope of gaining better vision.

1. I wish to have a cataract extraction with an artificial lens.

   DATE __04|19|2016__ SIGNED X _Mary J. Wilson_

   WITNESSED _____
   Surgical Coordinator / Jacksonville Eye Center Staff

2. ~~I wish to have a cataract extraction without an artificial lens.~~

   DATE _____ SIGNED _____

   WITNESSED _____
   Surgical Coordinator / Jacksonville Eye Center Staff

3. ~~I wish to have no procedure done at this time.~~

   DATE _____ SIGNED _____

   WITNESSED _____
   Surgical Coordinator / Jacksonville Eye Center Staff

## SOME SPECIFIC RISKS OF CATARACT SURGERY

Although cataract surgery is, in general, a safe operation that results in the restoration of vision for the vast majority of patients, there are some potential risks that you should be aware of.

1. Hemorrhage
2. Infection
3. Corneal disease
4. Retinal disease
5. Glaucoma
6. Loss of sight of the eye (total blindness)
7. Death from injection of anesthetic

Although development of any of the above conditions is rare, they may only be correctable with further surgeries.

Please take time to read over this consent. A copy is being sent home with you at this time for that purpose. If there are any questions, make sure they are answered to your satisfaction before proceeding with any surgery.

_-133-_
_17_

X _Mary J. Wilson_

PATIENT SIGNATURE

JACKSONVILLE EYE CENTER 2001 COLLEGE STREET JACKSONVILLE, FL 32204
(904)355-5555

Dear: *Harry Wilson* :

The following is your <u>surgery schedule</u>:

Be at **Dr. Schnipper's Office** for <u>pre-surgical testing</u> on: *Tues. April 14th @ 8:45*
(\*\*\*CONTACT LENS WEARERS\*\*\* Contacts must remain out for **5 DAYS** prior to your pre-surgical testing!)

\*\*You will be charged $15.00 for your Cataract Kit at your testing appointment, this is not covered by your insurance\*\*

Be at Riverside Park Surgicenter for Surgery (2nd floor) on: *Tues. May 3rd*
The Surgicenter will call and inform you of your Surgery Time.

Go to **Dr. Schnipper's Office** for your **one day post-op check-up** on: *Wed. May 4th*
\*You will be given the appointment time day of surgery
Go to your Family Doctor for a physical exam (only if you have been instructed to do so) Prior to
your pre-surgical testing appointment date.

## \*\*Pre-Op INSTRUCTIONS:

### <u>NOTHING TO EAT OR DRINK AFTER MIGHNIGHT PRIOR TO YOUR SURGERY</u>
<u>A nurse from the Surgicenter will call you the day before surgery with further instructions.</u>

\***NO MAKE-UP, ESPECIALLY MASCARA, EYELINER OR EYESHADOW FOR 4 DAYS PRIOR TO
SURGERY** AND 1 WEEK AFTER SURGERY.
\*NO PERFUME, COLOGNE OR AFTERSHAVE THE DAY OF SURGERY.
\*NO MAKE-UP OR LOTIONS ON THE DAY OF SURGEY
\* **USE THE EYEDROPS AS DIRECTED** PRIOR TO YOUR SURGERY.

\*\***<u>YOU MUST HAVE SOMEONE DRIVE YOU HOME</u>** ON THE DAY OF SURGERY AND TO
DRIVE YOU TO YOUR 1 DAY POST OP VISIT THE NEXT MORNING.
\***Plan on spending approximately 2-2 1/2 Hours** with us on the day of your procedure.

<u>Payment information</u>:
Please make sure **all financial matters** have been taken care of prior to your surgery date.
Make sure **all** insurance information is current and has been given to our office so that we may file your claim.
Please be aware that fees for the **surgery facility** and for the **anesthesiologist** are separate from your **surgeon's fee**, will be billed
separately and are your responsibility.
<u>Medicare Benefits</u>:
We accept assignment on all charges and file your claim with Medicare. By accepting assignment, we agree to reduce our charge the
"Reasonable and Customary" allowance approved by Medicare. Medicare pays 80% of all covered out-patient surgery charge. We
will be happy to file your supplemental insurance for the remaining 20%.

Thank you for choosing **JACKSONVILLE EYE CENTER AND DR. SCHNIPPER** for your surgical needs!!

Sincerely,

*-147- 18.*

Surgical Coordinator

*Wilson*

# RIVERSIDE PARK SURGICENTER

JACKSONVILLE EYE CENTER
DR. ROBERT SCHNIPPER
2001 COLLEGE STREET
JACKSONVILLE, FLORIDA 32204
904-355-5555

## POST OPERATIVE INSTRUCTIONS

*********************************************************************

Leave the patch and shield in place.

It will be removed in the office tomorrow.

*********************************************************************

You may take Tylenol or Extra-Strength Tylenol as directed for pain, if needed.

If you have any questions or any unusual problems after your surgery, please feel free to call the office.  This includes pain not relieved with Tylenol or any nausea and vomiting

*********************************************************************

YOUR POST OPERATIVE VISIT IS SCHEDULED FOR

DATE: **5/4/16**          TIME: **8⁰⁰ am**

# ALWAYS BRING YOUR EYE MEDICATIONS WITH YOU TO THE DOCTOR'S OFFICE.

-136-          19,

## BRING THIS FORM WITH YOU ON THE DAY OF SURGERY

This information will be reviewed with you by the anesthesiologist.

Patient Name: _HARRY L. Wilson_   Date: _5-3-2016_

DOB: _12-19-1952_ Height: _5 7_   Weight: _210_   ☑ M ☐ F

### MEDICATIONS, ALLERGIES AND SENSITIVITIES

Please complete all information requested.  You may attach a medication list if available.

This is a copy of your routine medication list which you have provided and you acknowledge as being correct.  Please resume your current routine medications.  If you have questions regarding <u>any</u> of your medications, please call your primary care provider.

Begin using your eye drops today as directed by your Surgeon.
(see your Post-Op Instruction Sheet).

...................................................................... (medication for "prostate problems) ☐ YES ☑ NO

| Medication Name (RX, Herbal, Vitamin) | Dosage (mg) | Frequency (Daily, Twice a Day, Other) | Reason of taking (Diabetes, Headache, etc) |
|---|---|---|---|
| Paxil | | | |
| LipiTab | | | |
| Breath pump | | | |
| Sleep Medication | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Wilson, Harry
Dr. Schnipper
DOB: 12-19-52  DOS: 05-03-16

Patient's Signature: _Harry Lu Wilson_   Date: _5-3-2016_
Patient's Signature: _____   Date: _____